UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-5214BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS' DUE DATE |
| MARK D. FUSTON, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to July 9, 2013.

DONE this 11th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Mark D. Fuston

ORDER GRANTING MOTION
TO CONTINUE PTMs DUE DATE - 1
*United States v. Mark D. Fuston / CR13-5214BHS*

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710