IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR13-5214 BHS |
| v. | ) **ORDER OF CONTINUANCE** |
| MARK DUANE FUSTON, | ) **OF PRE-TRIAL MOTION CUT-OFF** |
| Defendant. | ) **DATE** |

This matter having been brought before the Court on Defendant Fustons's Agreed Motion by and through his attorney of record, Steven J. Krupa, this Court **HEREBY ORDERS** that the pre-trial motions cutoff date be continued from September 4th 2013 until September 30th 2013.

**DATED** this 4th day of September, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER FOR CONTINUANCE
OF PTM CUTOFF - 1

LAW OFFICES OF KRUPA & CLARK
705 S. 9TH ST., STE. 202
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330